IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT WEST VIRGINIA
CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO.: **2:25-CR-00004-1**

MICHAEL BARKER.

## DEFENDANT'S MOTION TO CONTINUE PLEA HEARING

Comes now the defendant, Michael Barker, by and through counsel, Tim C. Carrico, Esq., and Carrico Law Office, and moves the Court for an Order continuing the plea hearing in this matter to a later date. In support of this Motion, the defendant states as follows:

1. The plea hearing in this matter is set for February 12, 2025, at 3:00 o'clock p.m.

2. Undersigned counsel during the week of February 3, 3025, was selected to serve as a juror in an age discrimination case pending before the Honorable Tera Salango, Kanawha County Circuit Court Judge. The trial did not finish last week. The trial continues into the week of February 10, 2025. The trial recommences on Tuesday February 11, 2025, at 9:00 o'clock a.m.

3. Counsel for the Plaintiff and Defendant informed the circuit court on February 3, 2025, that the trial would take approximately two weeks.

4. Counsel does not expect the trial will finish before the scheduled plea hearing in this matter.

5. Undersigned counsel is scheduled to be out of the country for a family vacation from Saturday February 22, 2025, through Thursday February 27, 2025.

6. Undersigned counsel is scheduled to be in Richmond, Virginia, on March 17th and March 18th for oral argument before the 4TH Circuit in a criminal matter.

WHEREFORE, based on the foregoing the defendant respectfully moves the Court to reschedule the plea hearing in this matter.

            **MICHAEL BARKER**
            **Defendant**

**By Counsel,**

 /s/Tim C. Carrico, Esq.
**Tim C. Carrico (WVSB #6771)**
**CARRICO LAW OFFICES, LC**
**1554 Kanawha Blvd. East, Ste. 100**
**Charleston, West Virginia 25311**
**Phone: (304) 347-3800**
**Fax: (304) 347-3688**
**Mobile: (304) 550-2280**
**Email: tcarrico@carricolaw.com**