# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 7/3/2025 | Case Number: | 2:25-cr-00004 |
| Case Style: | USA vs. Michael P. Barker | | |
| Type of hearing: | Sentencing | | |
| Before the Honorable: | 2515-Johnston | | |
| Court Reporter: | Ayme Cochran | Courtroom Deputy: | Larry Ash |

Attorney(s) for the Plaintiff or Government:

Gabriel Price

Attorney(s) for the Defendant(s):

Tim Carrico

| | |
|---|---|
| Law Clerk: | Rudy Rosenmayer |
| Probation Officer: | Heather Edwards |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 2:05 PM | 2:18 PM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 13 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start: 2:00 p.m.
Actual Start : 2:05 p.m.

Defendant present in person and by counsel for sentencing as to Count .
Defendant placed under oath.
Court addresses PSR no remaining objections.
Court adopts findings in PSR.
Court adjudges Defendant guilty pursuant to prior plea.
Court makes U.S.S.G. findings.
Counsel speak before sentence is imposed.
After considering advisory U.S.S.G. ranges and Sec. 3553(a) factors, Court imposes sentence as follows:
Probation: 12 months
Fine: none imposed
Assessment: $100
Court states reasons for sentence imposed.
Defendant released.
Defendant advised of right to appeal.
Court directs that PSR be filed under seal.
Court recessed at 2:18 p.m.